IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 545, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 06-6101-CV-SJ-DW |
| CHARLES R. COOK, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff filed its complaint on September 1, 2006, and timely served the Defendant on October 29, 2006. Due to Defendant's failure to answer or otherwise respond to the complaint, Plaintiff moved for an entry of default and default judgment pursuant to Federal Rule of Civil Procedure 55. On December 5, 2006, this Court ordered Defendant to show cause as to why default and default judgment should not be entered against him within twenty (20) days of the date of the Order. Defendant failed to respond.

Accordingly, Defendant is found to be in DEFAULT for failure to plead or otherwise defend. Fed. R. Civ. Proc. R. 55(a). The Clerk of the Court shall enter Defendant's default.

Parties are ORDERED to appear at the Charles Whittaker Courthouse, Courtroom 8B, located at 400 East Ninth Street, Kansas City, Missouri, 64106, on Tuesday, February 27, 2007 at 9:00 a.m. for a hearing to determine default judgment and the correct amount of damages.

The Clerk of the Court shall send this Order by certified mail, return receipt requested, to Defendant's last known address.

IT IS SO ORDERED.

Date: January 3, 2007        /s/ DEAN WHIPPLE
                              Dean Whipple
                              United States District Court